# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

CHRISTOPHER DOANE,

    Defendant.

Case No. 3:15MJ00299

Chief Magistrate Judge Sharon L. Ovington

## BINDOVER ORDER

This matter was set for preliminary examination on September 10, 2015. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 15, 2015

                                              s/ Sharon L. Ovington
                                                Sharon L. Ovington
                                        Chief United States Magistrate Judge